| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ROTHNER, SEGALL & GREENSTONE<br>ANTHONY R. SEGALL (CSB No. 101340)<br>E-Mail: asegall@rsglabor.com<br>MICHELE SHERER ANCHETA (CSB No. 192039)<br>E-Mail: mancheta@rsglabor.com<br>510 South Marengo Avenue<br>Pasadena, California 91101-3115<br>Telephone: (626) 796-7555<br>Facsimile: (626) 577-0124 |
| 6 | Attorneys for Plaintiffs |

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANA M. HANSON, for and on behalf of Southern California Painting & Drywall Industries Health & Welfare Fund, Southern California Painting and Decorating Labor Management Cooperation Committee Trust Fund, and Southern California Painting & Drywall Industries Apprenticeship Trust Fund; and TIM D. MAITLAND, for and on behalf of International Painters and Allied Trades Industry Pension Fund, Finishing Trades Institute, and Painters and Allied Trades Labor Management Cooperation Initiative ("IUPAT Industry Pension Funds"),<br><br>    Plaintiffs,<br>  v.<br>JOHN JORY CORPORATION;<br>JOHN HAMPTON JORY, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 8:19-cv-01787-JVS (KESx)<br><br>Hon. James V. Selna<br><br><br>JUDGMENT<br><br><br>DATE: January 27, 2020<br>TIME: 1:30 p.m.<br>CTRM: 10 C |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

That Defendants John Jory Corporation and John Hampton Jory, jointly and severally, shall immediately pay delinquent contributions to the Southern

1

California Painting & Drywall Industries Trust Funds for the months of February, March and April 2019, in the amount of $93,495.35, liquidated damages of $27,490.43 interest on the unpaid contributions of $1,620.45 and attorneys' fees of $7,500.00 for a total due and owing of $130,106.83.

DATED: March 12, 2020

_____
Honorable James V. Selna